HOLLIS *v.* TRAVELERS INSURANCE COMPANY *et al.*

RUSSELL, C. J. Under the rulings in *Burton* v. *Metropolitan Life Insurance Co.*, ante, 899, the present case is one of which the Court of Appeals, and not the Supreme Court, has jurisdiction.

*Transferred to the Court of Appeals. All the Justices concur except Hill, J., absent because of illness.*

No. 9723. DECEMBER 18, 1933.

*Duke Davis* and *H. C. Harrison,* for plaintiff in error.
*Lovejoy & Mayer,* contra.